# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 6:12cr00004-1 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| THOMAS A. WILLIAMS, | ) | By: Norman K. Moon |
| Petitioner. | ) | United States District Judge |

Thomas A. Williams, a federal inmate proceeding *pro se,* filed a motion which I construe as a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255.[1] Upon review of the motion and court records, however, I conclude that the current § 2255 motion must be dismissed as an unauthorized, successive motion.

Williams challenges his 151-month sentence for possessing with the intent to distribute a detectable amount of cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). Court records indicate that Williams previously filed a § 2255 motion regarding the same conviction and sentence, which I dismissed. *See* Docket Nos. 44, 55, and 56. I may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. *See* § 2255(h). As Williams has not submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive § 2255 motion, I must dismiss this action without prejudice.

**ENTER**: This 22nd day of February, 2018.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

---

[1] To the extent Williams intended to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, I note that he must file such an action in the district where he is currently housed. Inasmuch as he is currently housed at FCI McDowell, such a motion should be filed in the Southern District of West Virginia.